LAW OFFICE OF RONALD E. NORMAN, L.L.C.
WASHINGTON PROFESSIONAL CAMPUS II
901 ROUTE 168 SUITE 407A
TURNERSVILLE, NJ 08012
856-374-3100
Attorney for Debtors
RN5209

                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEW JERSEY
                           TRENTON VICINAGE

IN RE: Francis Farina and Maureen Farina    )    CASE NO.: 08-21085/KCF
                                                  )
                    DEBTOR(S)    )    CHAPTER 13

**CERTIFICATION OF SERVICE**

   Ronald E. Norman, Esq. does hereby certify,

    1. I am an attorney at law with the Law Firm of Ronald E. Norman, LLC, attorneys for the Debtor(s).

    2. On October 7 , 2008  I did serve the parties listed on the attached page by regular mail in addition to the ECF service the Motion to Modify Claims of Woody Mui and Joanna Tan and Amended Notice of Motion to Modify Claims of Woody Mui and Joanna Tan, filed by Ronald E. Norman on behalf of Francis Michael Farina Sr. and Maureen Farina. Hearing scheduled for 11/5/2008 at 09:00 AM at KCF - Courtroom 2, Trenton. (Attachments: # (1) Certification of Debtors# (2) Exhibit A B and C# (3) Proposed Order)

     I certify under the penalties of perjury that the foregoing statements made by me are true.   I am are aware that if any of the foregoing statements made by me are wilfully false I am subject to punishment.

Dated: 10/7/08                                   /s/Ronald E Norman
                                                    Ronald E Norman, Esq.

## SERVICE LIST

Albert Russo, Standing Trustee
1 AAA Drive
Suite 101
Robbinsville, NJ 08691

Woody Mui and Joanna Tan
c/o Robert C. Nisenson, Esquire
10 Auer Court
East Brunswick, NJ 08816

Mr. And Mrs. Francis Farina
8 Carlisle Court
Old Bridge, NJ 08857