UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

RONALD E. NORMAN, ESQUIRE
901 Route 168
Suite 407A
Turnersville, NJ 08012
RN 5209

*Order Filed on 11/5/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

In Re:

FRANCIS FARINA and MAUREEN FARINA

Case Number: 08-21085

Hearing Date: November 5, 2008

Judge: Kathryn C. Ferguson

Chapter: 13

Recommended Local Form: ☑ Followed    ☐ Modified

## ORDER TO RECLASSIFY PROOF OF CLAIM
### FILED BY   WOODY MUI and JOANNA TAN   FROM SECURED TO UNSECURED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/5/2008**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by __Ronald E. Norman, Esquire__, attorney for the Debtor, __Francis and Maureen Farina__, on a Motion to Reclassify the Proof of Claim of __Woody Mui and Joanna Tan__ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of __Woody Mui and Joanna Tan__ from a secured claim to an unsecured claim is hereby granted.

*Rev. 7/1/04; jml*

*Approved by Judge Kathryn C. Ferguson  November 05, 2008*