**B6F (Official Form 6F) (12/07)**

In re    Francis Michael Farina, Sr & Maureen Farina _____    Case No.    08-21085 _____
_____
                   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0289<br><br>Accredited Dermatology<br>P.O Box 4979<br>Toms River, NJ 08754 | | | Consideration: Medical Services | | | | 133.22 |
| ACCOUNT NO.  1962<br><br>Accurate diagnostic labs<br>180-184 lincoln hwy rt. 27<br>Edison, NJ 08820 | | H | Incurred: 12/12/2006<br>Consideration: Medical bills | | | | 438.00 |
| ACCOUNT NO.  1965<br><br>Accurate diagnostic labs<br>180-184 lincoln hwy rt. 27<br>Edison, NJ 08820 | | W | Incurred: 08/08/2006<br>Consideration: Medical bills | | | | 954.00 |
| ACCOUNT NO.  177<br><br>Affilated Collections<br>19 Main St.<br>Asbury Park NJ 07712 | | | Consideration: Credit | | | | 438.00 |

_____30_____ continuation sheets attached

Subtotal ➤ | $ | 1,963.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Francis Michael Farina, Sr & Maureen Farina    ,        Case No.    08-21085
                                 **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0151<br><br>Affinity Fcu<br>73 Mountainview Blvd Bld<br>Basking Ridge, NJ 07920 | | H | | | | | 51.00 |
| ACCOUNT NO. 0-08<br><br>Affinity federal credit union<br>73 mountain view blvd.<br>Basking ridge, NJ 07920 | | J | Consideration: Credit card debt | | | | 930.63 |
| ACCOUNT NO. 7701<br><br>Affinity Federal Credit Union<br>P.O Box 621<br>Basking Ridge NJ 07920 | | | Consideration: Credit | | | | 51.00 |
| ACCOUNT NO. 4-02<br><br>Afini<br>P.O. Box 3427<br>Bloomington, IL 61702 | | C | Consideration: utility | | | | 767.74 |
| ACCOUNT NO. 7912<br><br>Afni inc<br>Po box 3427<br>Bloomington, IL 61702-3427 | | W | Collecting for verizon florida | | | | 383.87 |

Sheet no. 1 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    2,184.24

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina            ,        Case No.  08-21085
              **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9071  Akron Billing Center 2620 Ridgewood Rd., Suite 300 Akron, OH 44313-3527 | | | Consideration: Medical Services | | | | 84.15 |
| ACCOUNT NO.  All car towing 2081 highway 35 South amboy, NJ 08879 | | W | Incurred: 3/13/2008 Consideration: Other | | | | 1,447.00 |
| ACCOUNT NO.  4050  Alliance One P.O Box 2449 Gig Harbor WA 98335 | | | Consideration: Medical Services | | | | 621.70 |
| ACCOUNT NO.  3130  AMCA 2269 Saw Mill River Rd Bldg 3 Elmsford NY 10523 | | | Consideration: Medical Services | | | | 407.33 |
| ACCOUNT NO.  2386  AMCA Collection Agency P.O Box 1235 Elmsford NY 10523-0935 | | | Consideration: Medical Services | | | | 97.87 |

Sheet no. 2 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,658.05

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Francis Michael Farina, Sr & Maureen Farina___,    Case No. ___08-21085___

Debtor    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2569<br><br>Applied Bank<br>4700 Exchange Cour<br>Boca Raton, FL 33431 | | W | 1. Charge Off for $622 on 05/02<br>2. Account Closed | | | | 622.00 |
| ACCOUNT NO. 2569<br><br>Applied Card Bank*<br>Attention: General Inquiries<br>Wilmington, DE, 19850 | | W | | | | | Notice Only |
| ACCOUNT NO. F386<br><br>Apria Healthcare<br>P.O Box 536841<br>Alanta GA 30353 | | | Consideration: Medical Services | | | | 319.38 |
| ACCOUNT NO. 0016<br><br>Asset acceptance llc<br>Po box 2036<br>Warren, MI 48090-2036 | | H | Collecting for dell financial services | | | | 3,581.55 |
| ACCOUNT NO.<br><br>c/o ER Solutions Inc<br>800 SW 39th st<br>PO Box 9004<br>Renton, WA 98057 | | H | Consideration: Other<br>collecting for Washington mutual | | | | 410.82 |

Sheet no. __3__ of __30__ continuation sheets attached    Subtotal ➤ | $ | 4,933.75
to Schedule of Creditors Holding Unsecured
Nonpriority Claims    Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina                    ,          Case No.    08-21085
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>c/o Fein Such<br>7 Century Dr, Suite 201<br>Parsippany NJ 07054 | | H | Consideration: Credit cards collecting for Household bank | | | | 1,329.62 |
| ACCOUNT NO.  8518<br><br>Calvary Portfolio Services*<br>Attention:  Bankruptcy Department<br>Hawthorne, NY, 10532 | | H | | | | | Notice Only |
| ACCOUNT NO.  8518<br><br>Cavalry Portfolio Serv<br>7 Skyline Dr Ste 3<br>Hawthorne, NY 10532 | | H | 1. Collection | | | | 255.00 |
| ACCOUNT NO.  1445<br><br>Cb Of The Hudson Valle<br>155 N Plank Rd<br>Newburgh, NY 12550 | | W | 1. Collection<br>2. Account Closed | | | | 497.00 |
| ACCOUNT NO.  0956<br><br>CBCS<br>P.O Box 2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 29.00 |

Sheet no.  4  of  30  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,110.62

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Francis Michael Farina, Sr & Maureen Farina___,    Case No. ___08-21085___
                     **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0735 <br><br>CBCS<br>P.O Box 2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 156.50 |
| ACCOUNT NO. 6227 <br><br>CBCS<br>P.O Box 2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 785.69 |
| ACCOUNT NO. 0955 <br><br>CBCS<br>P.O Box2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 785.69 |
| ACCOUNT NO. 2213 <br><br>CBCS<br>P.O Box2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 159.69 |
| ACCOUNT NO. 3954 <br><br>CBCS<br>P.O Box2589<br>Columbus OH 43216 | | | Consideration: Medical Services | | | | 176.76 |

Sheet no. __5__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 2,064.33

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,          Case No. <u>08-21085</u>
          **Debtor**                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Cbcs<br>Po box 163250<br>Columbus, OH 43216-3250 | | W | Collecting for mci communications | | | | 0.00 |
| **ACCOUNT NO.** 5.89<br>Cbhv<br>155 north plank rd<br>Po box 831<br>Newburgh, NY 12551 | | W | Collecting for cablevision of raritan valley | | | | 0.00 |
| **ACCOUNT NO.**<br>Certegy payment recovery<br>11601 roosevelt blvd<br>St. petersburg, FL 33716 | | H | Consideration: Other | | | | 447.62 |
| **ACCOUNT NO.**<br>Charels dashel<br>21 plymouth dr.<br>Iselin, NJ 08830 | | J | Consideration: Medical bills | | | | 2,000.00 |
| **ACCOUNT NO.** 7723<br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |

Sheet no. <u>6</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,447.62
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,          Case No. <u>08-21085</u>
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7720<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 7721<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 7722<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 5868<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 5868<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |

Sheet no. <u>7</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $          0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,          Case No. <u>08-21085</u>
              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5868 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 5868 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO. 7723 <br><br> Citibank N A <br> 701 E 60th St N <br> Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN PAYMENT DEFERRED | | | | 190.00 |
| ACCOUNT NO. 7720 <br><br> Citibank N A <br> 701 E 60th St N <br> Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN PAYMENT DEFERRED | | | | 2,630.00 |
| ACCOUNT NO. 7721 <br><br> Citibank N A <br> 701 E 60th St N <br> Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN PAYMENT DEFERRED | | | | 4,101.00 |

Sheet no. <u>8</u> of <u>30</u> continuation sheets attached                        Subtotal ➤   $   6,921.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                       Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina      ,        Case No.  08-21085
_____                    _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7722<br><br>Citibank N A<br>701 E 60th St N<br>Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN PAYMENT DEFERRED | | | | 876.00 |
| ACCOUNT NO.  5868<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. Account Closed<br>2. STUDENT LOAN NOT IN REPAYMENT | | | | 876.00 |
| ACCOUNT NO.  5868<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN NOT IN REPAYMENT | | | | 4,101.00 |
| ACCOUNT NO.  5868<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN NOT IN REPAYMENT | | | | 2,630.00 |
| ACCOUNT NO.  5868<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. STUDENT LOAN NOT IN REPAYMENT | | | | 190.00 |

Sheet no. 9  of 30  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     8,673.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina        ,          Case No.  08-21085
_____                    _____
**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Comcast<br>Po box 69<br>Newark, NJ 07101 | | H | Consideration: Other | | | | 49.06 |
| ACCOUNT NO.<br><br>Commerce bank<br>1701 route 70 east<br>Cherry hill, NJ 08034-5400 | | W | Consideration: Other | | | | 2,500.00 |
| ACCOUNT NO.  1250<br><br>Contract Callers<br>1058 Claussen Rd. Suite 110<br>Augusta GA 30907 | | | Consideration: utility | | | | 2,301.00 |
| ACCOUNT NO.  4659<br><br>CPS-Security<br>P.O Box 782408<br>San Antonio TX 78278 | | | Consideration: Credit | | | | 107.84 |
| ACCOUNT NO.  0016<br><br>Dell financial services<br>c/o Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | | H | Consideration: Other | | | | 5,510.08 |

Sheet no.  10  of  30  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   10,467.98

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,    Case No. <u>08-21085</u>
                    **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3896<br>Direct tv<br>Po box 9001069<br>Louisville, KY 40290-1069 | | H | Incurred: 5/1/2008<br>Consideration: Other | | | | 375.50 |
| ACCOUNT NO. 3818<br>Diversified<br>P.O Box 32145<br>Fridley MN 55432 | | | Consideration: utility | | | | 600.16 |
| ACCOUNT NO. 6765<br>DRJTBC<br>P.O Box 8500-9301<br>Philadelphia PA 19178 | | | Consideration: Credit | | | | 25.75 |
| ACCOUNT NO.<br>Eagent<br>1889 preston white dr suite 100<br>Reston, VA 20191 | | W | Consideration: Other | | | | 1,652.30 |
| ACCOUNT NO. 4833<br>Eastern emergency physcians<br>Po box 41711<br>Philadelphia, PA 19101-1711 | | W | Consideration: Medical bills | | | | 437.00 |

Sheet no. <u>11</u> of <u>30</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 3,090.71

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,    Case No. <u>08-21085</u>

         **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8/55<br><br>Edison Radiology<br>P.O Box 2187<br>Edison NJ 08818 | | | Consideration: Medical Services | | | | 23.29 |
| ACCOUNT NO.<br><br>Emergency medical assoc<br>Po box 717<br>Livingston, NJ 07039 | | H | Collecting for bayshore community | | | | 0.00 |
| ACCOUNT NO.<br><br>Er solutions<br>800 sw 39th st<br>Renton, WA 98057 | | H | Collecting for washington mutual | | | | 0.00 |
| ACCOUNT NO. 0608<br><br>Er Solutions<br>800 Sw 39th St<br>Renton, WA 98057 | | W | 1. Collection | | | | 4,126.00 |
| ACCOUNT NO. 0608<br><br>ER Solutions*<br>PO Box 9004<br>Renton, WA, 98057 | | W | | | | | Notice Only |

Sheet no. <u>12</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                               Subtotal ➤  $    4,149.29

                                                      Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Francis Michael Farina, Sr & Maureen Farina___,    Case No. ___08-21085___
                  **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fein, such, kahn & shepard, pc<br>7 century drive<br>Suite 201<br>Parsippany, NJ 07054-4608 | | H | Collecting for household bank | | | | 1,329.62 |
| ACCOUNT NO.  XXXX<br><br>First Premier<br>3820 North louise Ave<br>Sioux Falls SD 57107 | | | Consideration: Credit | | | | 474.00 |
| ACCOUNT NO.  2046<br><br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | | H | 1. Charge Off for $474 on 06/07<br>2. Account Closed By Grantor | | | | 474.00 |
| ACCOUNT NO.  3625<br><br>Gastroenterologoy Cons.<br>205 May St. Suite 201<br>Edison NJ CJ 08837 | | | Consideration: Medical Services | | | | 215.63 |
| ACCOUNT NO.  5409<br><br>Gemb/qvc<br>Po Box 971402<br>El Paso, TX 79997 | | W | 1. Charge Off for $885 on 07/04<br>2. Account Closed By Grantor | | | | 885.00 |

Sheet no. __13__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,378.25

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Francis Michael Farina, Sr & Maureen Farina          ,        Case No.  08-21085
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Health mEd <br> Remex Inc <br> 307 Wallstreet <br> Princeton, NJ 08540 | | H | Consideration: Medical bills | | | | 23.00 |
| ACCOUNT NO. 2048 <br> Hospital & Doctors Service <br> 55 Washington Street, Suite 504 <br> East Orange, NJ 07019 | | | Consideration: Medical Services | | | | 23.29 |
| ACCOUNT NO. 1114 <br> HRRG <br> P.O Box 189053 <br> Plantation FL 33318-9053 | | | Consideration: Medical Services | | | | 84.15 |
| ACCOUNT NO. 1414 <br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | H | 1. Collection <br> 2. Account Closed By Grantor <br> 3. PURCHASED BY ANOTHER LENDER <br> 4. ACCOUNT TRANSFERRED <br> 5. DISPUTE RESOLVED-CONSUMER DISAGREES | | | | 0.00 |
| ACCOUNT NO. 7539 <br> HSN <br> P.O Box 9090 <br> Clearwater Fl 33758 | | | Consideration: Credit card debt | | | | 137.48 |

Sheet no. 14 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   267.92

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina    ,    Case No.  08-21085
_____            _____
**Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8160 <br><br>I.R.R Inc<br>24 Railroad Ave<br>Patchogue NY 11772 | | | Consideration: Medical Services | | | | 180.00 |
| ACCOUNT NO.  3818 <br><br>IC Systems<br>P.O Box 64378<br>St Paul MN 55164 | | | Consideration: utility | | | | 600.16 |
| ACCOUNT NO. <br><br>J.s. paluch co<br>3708 river rd. suite 400<br>Franklin park, IL 60131-2158 | | W | Consideration: Other | | | | 447.00 |
| ACCOUNT NO.  6672 <br><br>Jcp&l<br>Po box 3687<br>Akron, OH 44309-3687 | | W | Incurred: 05/01/2008<br>Consideration: Other | | | | 128.01 |
| ACCOUNT NO.  2641 <br><br>Jefferson Associates<br>3 Coral St<br>Edison, NJ 08837 | | W | 1. Collection<br>2. Account Closed | | | | 30.00 |

Sheet no. _15_ of _30_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,385.17

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Francis Michael Farina, Sr & Maureen Farina                    ,          Case No.    08-21085
_____                                    _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2501 <br><br> Jefferson Associates <br> P.O Box 416 <br> Fords NJ 08863 | | | Consideration: Medical Services | | | | 511.24 |
| ACCOUNT NO.  0183 <br><br> Jefferson Associates <br> P.O Box 416 <br> Fords, NJ 08863 | | | Consideration: Medical Services | | | | 779.63 |
| ACCOUNT NO.  8469 <br><br> JFK Medical Center <br> P.O Box18007 <br> Newark NJ 07091 | | | Consideration: Medical Services | | | | 242.60 |
| ACCOUNT NO.  3200 <br><br> King size direct <br> Po box 4413 <br> Taunton, MA 02780-9858 | | W | | | | | 1,000.00 |
| ACCOUNT NO.  0354 <br><br> LabCorp <br> P.O Box 2240 <br> Burlington NC 27216 | | | Consideration: Medical Services | | | | 407.33 |

Sheet no.  16  of  30  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,940.80

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina_____,     Case No. ___08-21085_____
                    **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1470<br><br>Lane bryant<br>Po box 4414<br>Taunton, MA 02780-9957 | | W | Consideration: Other | | | | 653.95 |
| ACCOUNT NO.  0799<br><br>Lca Collections<br>P.O. box 2240<br>Burlington, NC 27216 | | | Consideration: Medical Services | | | | 75.61 |
| ACCOUNT NO.  0354<br><br>Lca Collections<br>P.O. box 2240<br>Burlington, NC 27216 | | | Consideration: Medical Services | | | | 407.33 |
| ACCOUNT NO.  4831<br><br>Linebarger Goggan Blair & Sampson<br>704 N King St. Suite 603<br>Wilmington DE 19901 | | | Consideration: Credit card debt | | | | 108.00 |
| ACCOUNT NO.  2135<br><br>Mci communications<br>c/o CBCS<br>PO Box 163250<br>Columbus, OH 43216 | | W | Consideration: Other | | | | 566.74 |

Sheet no. __17__ of __30__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,811.63

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Francis Michael Farina, Sr & Maureen Farina___,    Case No. ___08-21085___
                       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4216<br><br>Medclear<br>507 Prudential Rd.<br>Horshman, PA 19044 | | | Consideration: Medical Services | | | | 437.00 |
| ACCOUNT NO.<br><br>Michael harrison atty at law<br>3155 route 10 east suite 214<br>Denville, NJ 07834 | | H | Collecting for radiology associates | | | | 0.00 |
| ACCOUNT NO.  7644<br><br>Middlesex water co<br>1500 ronson rd<br>Iselin, NJ 08830 | | W | Consideration: Other | | | | 96.58 |
| ACCOUNT NO.  3911<br><br>Midland Credit Mgmt<br>8875 Aero Dr. Suite 200<br>San Diego, Ca 92123 | | | Consideration: Credit card debt | | | | 376.00 |
| ACCOUNT NO.  3338<br><br>NCO Financial System Inc<br>P.O Box 17080<br>Wilmington DE 19850 | | | Consideration: Credit card debt | | | | 275.07 |

Sheet no. __18__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 1,184.65

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina            ,          Case No.  08-21085
          **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -557<br><br>Nco financial systems<br>507 prudential rd.<br>Horsham, PA 19044 | | H | Collecting for verizon | | | | 0.00 |
| ACCOUNT NO.<br><br>Nco financial systems<br>507 prudential rd.<br>Horsham, PA 19044 | | W | Collecting for eastern emergency physcians | | | | 0.00 |
| ACCOUNT NO. 1055<br><br>Nicholas Financial Inc<br>2454 Mcmullen Booth Bldg<br>Clearwater, FL 33759 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 2502<br><br>North shore agency inc<br>Po box 8901<br>Westbury, NY 11590-8901 | | W | Collecting for ny post | | | | 0.00 |
| ACCOUNT NO.<br><br>Nui elizabethtown gas<br>575 Milltown Rd<br>PO box 7242<br>New Brunswick, NJ 08902 | | W | Consideration: Other | | | | 1,189.68 |

Sheet no. 19 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,189.68

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  <u>Francis Michael Farina, Sr & Maureen Farina</u>,        Case No. <u>08-21085</u>
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2502<br><br>Ny post<br>North Shore Agency Inc<br>PO Box 8901<br>Westbury NY 11590 | | W | Consideration: Other | | | | 12.28 |
| ACCOUNT NO.  7975<br><br>Ocwen Federal Bank*<br>12650 Ingenuity Dr.<br>Orlando, FL, 32826 | | H | | | | | Notice Only |
| ACCOUNT NO.  7975<br><br>Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | | H | 1. Settled<br>2. Account Closed<br>3. ELECTION OF REMEDY | | | | 0.00 |
| ACCOUNT NO.<br><br>Palisades collection<br>210 sylvan ave<br>Englewood cliffs, NJ 07632 | | H | Consideration: Law suit | | | | 691.78 |
| ACCOUNT NO.  8791<br><br>Palisades Collection L<br>210 Sylvan Ave<br>Englewood, NJ 07632 | | H | 1. Collection | | | | 600.00 |

Sheet no. <u>20</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,304.06

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Francis Michael Farina, Sr & Maureen Farina  ,     Case No.  08-21085
        Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8852<br>Penn Credit<br>P.O Box 988<br>Harrisburg PA 17108 | | | Consideration: Credit | | | | 41.30 |
| ACCOUNT NO. 6793<br>Penn Credit Corp<br>P.O Box 988<br>Harrisburg PA 17108 | | | Consideration: Credit card debt | | | | 607.78 |
| ACCOUNT NO. 5944<br>Penn Credit Corp<br>P.O Box 988<br>Harrisburg PA 17108 | | | | | | | 268.00 |
| ACCOUNT NO. J419<br>Pinnacle Financial Group<br>7825 Washington Ave S Siute 310<br>Minneapolis MN 55439 | | | Consideration: Credit card debt | | | | 6,651.00 |
| ACCOUNT NO. 0-08<br>Pressler and preseler<br>16 wing drive<br>Cedar knolls, NJ 07927 | | H | Collecting for palisades collection | | | | Notice Only |

Sheet no. 21 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 7,568.08

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina_____,    Case No. __08-21085_____
         **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -181<br>ProPath<br>P.O Box 678175<br>Dallas TX 75267-8175 | | | Consideration: Medical Services | | | | 140.00 |
| ACCOUNT NO.  0 05<br>PSE&G<br>P.O Box 14444<br>New Brunswick NJ 08096 | | | Consideration: utility | | | | 2,300.61 |
| ACCOUNT NO.  1-05<br>Pushpakant & bhumika shinde<br>48 whitney ave.<br>Floral park, NY 11001 | | J | Consideration: old landlord | | | | 4,661.85 |
| ACCOUNT NO.<br>Radiology associates<br>c/o Michael Harrison, Esq<br>3155 Route 10 E, Suite 214<br>Denville, NJ 07834 | | H | Consideration: Medical bills | | | | 62.00 |
| ACCOUNT NO.<br>Rahway medical assoc<br>53-59 westfield ave<br>Clark, NJ 07066 | | J | Consideration: Medical bills | | | | 500.00 |

Sheet no. __22__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  7,664.46

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina                    ,          Case No.  08-21085
                          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0493 <br><br>Raritan Bay Medical Ctr <br>P.O. Box 48071 <br>Newark NJ <br>07101 | | | Consideration: Medical Services | | | | 380.14 |
| ACCOUNT NO.  1445 <br><br>Raritan Bay Medical Ctr <br>P.O. Box 48071 <br>Newark NJ 07101 | | | Consideration: Medical Services | | | | 195.00 |
| ACCOUNT NO.  2036 <br><br>Recovery One <br>4645 Execuvite Dr <br>Columbus, OH 43220 | | W | 1. Collection | | | | 155.00 |
| ACCOUNT NO. <br><br>Remex <br>307 wall s <br>Princeton, NJ 08540-1515 | | H | Collecting for health med | | | | 0.00 |
| ACCOUNT NO.  5492 <br><br>Revenue Recovery Corp <br>P.O Box 2698 <br>Knoxville TN 37901 | | | Consideration: Medical Services | | | | 62.00 |

Sheet no.  23  of  30  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | 792.14 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Francis Michael Farina, Sr & Maureen Farina___,        Case No. ___08-21085___
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rickart collection systems<br>575 milltown rd<br>North brunswick, NJ 08902 | | W | Collecting for nui elizabethtown gas | | | | 0.00 |
| ACCOUNT NO.   4977<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | H | 1. Collection | | | | 85.00 |
| ACCOUNT NO.   4977<br><br>Rjm Acq Llc*<br>575 Underhill Blvd Suite 224<br>Syosset, NY, 11791 | | H | | | | | Notice Only |
| ACCOUNT NO.   9918<br><br>Rjm acquisitions llc<br>575 underhill blvd<br>Suite 224<br>Syosset, NY 11791-3416 | | H | Collecting for wachovia bank | | | | 0.00 |
| ACCOUNT NO.   5746<br><br>RMCB<br>4 Westchester Plaza Suite 110<br>Elmsford NY 10523 | | | Consideration: Credit | | | | 867.60 |

Sheet no. __24__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        952.60

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Francis Michael Farina, Sr & Maureen Farina</u>,        Case No. <u>08-21085</u>
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5798 RMCB 4 Westchester Plaza, Suite 110 Elmsford, NY 10523 | | | | | | | 1,714.50 |
| ACCOUNT NO. 0483 Robert wood johnson university hospital 865 stone st Rahway, NJ 07065 | | W | Incurred: 10/19/2006 Consideration: Medical bills | | | | 1,290.50 |
| ACCOUNT NO. 7141 Rpm 1930 220th st. se suite 101 Bothell, WA 98021 | | H | Collecting for sprint | | | | 0.00 |
| ACCOUNT NO. 2938 Rubin & Raine of NJ P.O Box 949 Eatontown Nj 07724 | | | Consideration: Medical Services | | | | 1,237.69 |
| ACCOUNT NO. 3625 Rubin & Raine of NJ P.O Box 949 Eatontown Nj 07724 | | | Consideration: Medical Services | | | | 215.63 |

Sheet no. <u>25</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 4,458.32

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Francis Michael Farina, Sr & Maureen Farina___,    Case No. ___08-21085___
       **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9854<br>Rubin & Raine of NJ<br>P.O. Box 949<br>Eatontown, NJ 07724 | | | Consideration: Medical Services | | | | 608.13 |
| ACCOUNT NO. 5390<br>Sears/cbsd<br>8725 W Sahara Ave<br>The Lakes, NV 89163 | | H | 1. Collection<br>2. Account Closed By Grantor<br>3. PURCHASED BY ANOTHER LENDER<br>4. ACCOUNT TRANSFERRED | | | | 0.00 |
| ACCOUNT NO. 5390<br>Sears/cbsd*<br>PO Box 20363<br>Kansas City, MO, 64195 | | H | | | | | Notice Only |
| ACCOUNT NO. 7141<br>Sprint<br>Po box 660092<br>Dallas, TX 75266-0092 | | H | Consideration: Other | | | | 602.96 |
| ACCOUNT NO. 7554<br>Sprint<br>Po box 660092<br>Dallas, TX 75266-0092 | | W | Consideration: Other | | | | 550.00 |

Sheet no. __26__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,761.09
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina ,    Case No.  08-21085
    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4885 Supra P.O Box 504528 St Louis Mo 63150 | | | Consideration: utility | | | | 193.41 |
| ACCOUNT NO. T181 Synerprise Consulting 2809 Regal Rd. Suite 107 Plano TX 75075 | | | Consideration: Medical Services | | | | 140.00 |
| ACCOUNT NO. -420 Target national bank Po box 59317 Minneapolis, MN 55459-0317 | | H | | | | | 260.91 |
| ACCOUNT NO. 8420 Target* PO Box 9475 Minneapolis, MN, 55459 | | H | | | | | Notice Only |
| ACCOUNT NO. 4272 Thrift Investment Corp 720 King George Post Rd Fords, NJ 08863 | | H | 1. Refinanced 2. Account Closed 3. ACCOUNT TRANSFERRED | | | | -1.00 |

Sheet no. 27 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  593.32

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Francis Michael Farina, Sr & Maureen Farina</u>,          Case No. <u>08-21085</u>
                       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8101<br><br>Thrift Investment Corp<br>720 King George Post Rd<br>Fords, NJ 08863 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  8420<br><br>Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440 | | H | 1. Account Closed By Grantor | | | | 260.00 |
| ACCOUNT NO.  0397<br><br>Trident Asset Mgmt<br>5755 N Point Pkwy Siute 12<br>Alpharetta, Ga 30022 | | | Consideration: Credit card debt | | | | 472.00 |
| ACCOUNT NO.<br><br>University radiology<br>Po box 1075, 579a cranbury rd.<br>East brunswick, NJ 08816-1075 | | W | Consideration: Medical bills | | | | 975.00 |
| ACCOUNT NO.  8111<br><br>Usa Credit<br>Customer Service<br>Uniontown, PA 15401 | | W | | | | | 0.00 |

Sheet no. <u>28</u> of <u>30</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     1,707.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina       ,          Case No.  08-21085

          **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8111 <br> Usa Credit* <br> 1 Millennium Dr <br> Uniontown, PA, 15401 | | W | | | | | Notice Only |
| ACCOUNT NO.  5705 <br> Van ru credit corp <br> 8550 ulmerton rd. suite 225 <br> Largo, FL 33771-5351 | | W | Collecting for first premier bank | | | | 0.00 |
| ACCOUNT NO.  61n <br> Verizon <br> Po box 4830 <br> Trenton, NJ 08650-4830 | | W | Incurred: 6/1/2008 <br> Consideration: Other | | | | 553.55 |
| ACCOUNT NO.  -557 <br> Verizon <br> Po box 4830 <br> Trenton, NJ 08650-4830 | | H | Consideration: Other | | | | 513.32 |
| ACCOUNT NO.  7912 <br> Verizon florida <br> AFNI INc <br> PO Box 3427 <br> Bloomington IL 61702 | | W | Consideration: Other | | | | 383.37 |

Sheet no.  29  of  30  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          1,450.24

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Francis Michael Farina, Sr & Maureen Farina  ,          Case No.  08-21085
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7313<br><br>Verizon New Jersey Inc<br>500 Technology Dr<br>Weldon Spring, MO 63304 | | W | 1. Paid Collection<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  7313<br><br>Verizon New Jersey Inc*<br>PO Box 3397<br>Bloomington, IL, 61702 | | W | | | | | Notice Only |
| ACCOUNT NO.  4073<br><br>Violations Processing Center<br>P.O Box 15186<br>Albany NY 12212 | | | Consideration: Credit card debt | | | | 58.00 |
| ACCOUNT NO.  9918<br><br>Wachovia bank<br>RJM Acquistions<br>575 Underhill Blvd Ste 224<br>Syosett, NY 11791 | | H | Consideration: Other | | | | 332.29 |
| ACCOUNT NO.  6539<br><br>Wody Mui & Joanna Tan<br>411 Ironwood Lane<br>Morganville, NJ 07751 | | J | Incurred: 09/01/2007<br>Consideration: Back Rent | | | | 8,950.00 |

Sheet no.  30  of  30  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  9,340.29

Total ▶  $  101,413.51

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30633-301X-06310 - PDF-XChange 2.5 DE